ROBERT DAVID BAKER, INC.
Robert David Baker, Esq. (87314)
80 South White Road
San Jose, CA 95127
Telephone: (408) 251-3400
Facsimile: (408) 251-3401
rbaker@rdblaw.net

Attorney for Plaintiff
MARIA ARTEAGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ARTEAGA,<br><br>           Plaintiff,<br>  vs.<br><br>WIENERSCHNITZEL CORPORATION; WIENERSCHNITZEL; WIENERSCHNITZEL 33; WIENERSCHNITZEL 122; WIENERSCHNITZEL 129; GALARDI GROUP INC.; GALARDI GROUP FRANCHISE CORP; GALARDI GROUP FRANCHISE AND LEASING INC.; GALARDI GROUP INTERNATIONAL INC.; MATEWOS T. GETAHUN DBA WIERNERSCHNIT; ALMA ALMEDA; MATTHEW HETAGON<br><br>           Defendants. | CASE NUMBER: 5:20-cv-02267-NC<br><br>**REQUEST FOR DISMISSAL (FRCP 41(a)(A)(i)** |

TO: HONORABLE NATHANAEL COUSINS:

Plaintiff Maria Arteaga, through her counsel of record, Robert David Baker, hereby dismisses the above-entitled matter without prejudice.

Dated: December 15, 2020

_____/S/_____
Robert David Baker, Esq.