1  ROBERT DAVID BAKER, INC.
   Robert David Baker, Esq. (87314)
2  80 South White Road
   San Jose, CA 95127
3  Telephone: (408) 251-3400
   Facsimile: (408) 251-3401
4  rbaker@rdblaw.net

5  Attorney for Plaintiff
   MARIA ARTEAGA

**GRANTED**

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ARTEAGA,  Plaintiff, vs.  WIENERSCHNITZEL CORPORATION; WIENERSCHNITZEL; WIENERSCHNITZEL 33; WIENERSCHNITZEL 122; WIENERSCHNITZEL 129; GALARDI GROUP INC.; GALARDI GROUP FRANCHISE CORP; GALARDI GROUP FRANCHISE AND LEASING INC.; GALARDI GROUP INTERNATIONAL INC.; MATEWOS T. GETAHUN DBA WIERNERSCHNIT; ALMA ALMEDA; MATTHEW HETAGON  Defendants. | CASE NUMBER: 5:20-cv-02267-NC  **REQUEST FOR DISMISSAL (FRCP 41(a)(A)(i)** |

Case 5:20-cv-02267-NC   Document 20   Filed 12/15/20   Page 2 of 2

1  TO: HONORABLE NATHANAEL COUSINS:

2  Plaintiff Maria Arteaga, through her counsel of record, Robert David Baker, hereby

3  dismisses the above-entitled matter without prejudice.

4  Dated: December 15, 2020

5

6

7  _____/S/_____
Robert David Baker, Esq.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Arteaga v. Wienerschnitzel Corporation, et al.; 5:20-cv-02267-NC
Voluntary Dismissal of Action without Prejudice
2